IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODERICK GRAHAM AND RANDY GRAHAM, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:13cv720-WHA ) (wo) |
| REGENERATION, LLC, | ) ) |
| Defendant. | ) |

**ORDER**

This cause is before the court on a Motion for Approval of Resolution and for Order of Dismissal with Prejudice (Doc. #10).

Upon reviewing the Motion for Approval of Resolution and for Order of Dismissal with Prejudice, and reviewing the Settlement Agreement submitted for review *in camera*, this court concludes that there are bona fide disputes over provisions of the Fair Labor Standards Act, 29 U.S.C. §201, *et seq* ("FLSA"), and that the settlement is a fair and reasonable resolution of such bona fide disputes and should be approved by this court. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

Therefore, it is hereby ORDERED as follows:

1. The Motion for Approval of Resolution and for Order of Dismissal with Prejudice (Doc. #10), is GRANTED, and all claims in this action are DISMISSED with prejudice.

2. The Clerk is DIRECTED to serve a copy of this Order on the Defendant at the address on file.

3. Costs are taxed as paid.

Done this 21st day of May, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE